# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WAYNE DICKMAN,**

    **Plaintiff,**

  **V.**                                              **CASE NO. 05-C-319**

**PHILLIPS AND COHEN ASSOCIATES, LTD.,**

    **Defendant.**

## ORDER

        Pursuant to Title 28, United States Code, Section 455(b)(5)(iii), I herewith recuse myself from participation in this case. Accordingly,

        **IT IS ORDERED** that this matter be returned to the Clerk of Court for random reassignment. The telephonic scheduling conference set for October 4, 2005 at 10:30 a.m. is hereby cancelled.

        Dated at Milwaukee, Wisconsin, this 2nd day of September, 2005.

                                          **BY THE COURT:**

                                          s/ Rudolph T. Randa
                                          **Hon. Rudolph T. Randa**
                                          **Chief Judge**